UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| HANSPETER A. WALDER, | ) | CASE NO. 4:08 CV2376 |
| | ) | |
| Petitioner, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| UNITED STATES, et al., | ) | JUDGMENT ENTRY |
| | ) | |
| Respondents. | ) | |

This court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed as pursuant to 28 U.S.C. § 2243. Further, the court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

    /s/Dan Aaron Polster 12/18/08
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE